**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Albert RANDOLPH, a/k/a Spo,
Defendant–Appellant.**

No. 12–6800.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 28, 2012.

Decided: Sept. 11, 2012.

Albert Randolph, Appellant Pro Se. Peter Sinclair Duffey, Robert E. Trono, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Randolph appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Randolph*, No. 3:01–cr–00304–JRS–11 (E.D.Va. Apr. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*